| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | JAMES B. LEWIS (SBN 71669) |
| 2 | FABIO MARINO (SBN 183825) |
| | CAROLYN CHANG (SBN 217933) |
| 3 | 1900 University Avenue |
| | East Palo Alto, California  94303-2223 |
| 4 | Telephone:  650.849.4400 |
| 5 | Attorneys for Defendant |
| | AKAMAI TECHNOLOGIES, INC. |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |
| 11 | |

| | | |
|---|---|---|
| 12 | CABLE & WIRELESS INTERNET SERVICES, INC., | No. CV-02-03708 CRB |
| 13 | | SUBSTITUTION OF COUNSEL |
| 14 | Plaintiff,<br>v. | |
| 15 | AKAMAI TECHNOLOGIES, INC. and SOCKEYE NETWORKS, INC., | |
| 16 | | |
| 17 | Defendants. | |

SUBSTITUTION OF COUNSEL
CV-02-03708 CRB

52087643.2/24094-0002

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendant Akamai Technologies, Inc. hereby

3  substitutes Bingham McCutchen LLP, as its attorneys of record in this action in place of Orrick,

4  Herrington & Sutcliffe LLP.

5  All documents served on Defendant Akamai Technologies, Inc. in this action

6  should be addressed as follows:

> James B. Lewis
> BINGHAM McCUTCHEN LLP
> 1900 University Avenue
> East Palo Alto, California 94303
> Telephone:  650.849.4400
> Facsimile:  650.849.4800

11  DATED:  September 12, 2002

                                    BINGHAM McCUTCHEN LLP

                                    By:_____/s/ James B. Lewis_____
                                              James B. Lewis
                                          Attorneys for Defendant
                                    AKAMAI TECHNOLOGIES, INC.

We accept the foregoing substitution:

DATED:  September 11, 2002

                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By:_____/s/ I. Neel Chatterjee_____

---

SUBSTITUTION OF COUNSEL
CV-02-03708 CRB
2

52087643.2/24094-0002

1 | We consent to the foregoing substitution:

2 | DATED: September 11, 2002

3

               AKAMAI TECHNOLOGIES, INC.

4

5

6             By:  /s/ David Judson

7                 David Judson

8

9            **ORDER**

10    IT IS SO ORDERED.

11

12 DATED: September 13, 2002

13

14               /s/

            Honorable Charles R. Breyer

15             United States District Judge

            Northern District of California

16

17

18

19

20

21

22

23

24

25

26