| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | JAMES B. LEWIS (SBN 71669) |
| 2 | FABIO E. MARINO (SBN 183825) |
|  | CAROLYN CHANG (SBN 217933) |
| 3 | 1900 University Avenue |
|  | East Palo Alto, California  94303-2223 |
| 4 | Telephone:  650.849.4400 |
|  | Facsimile:  650.849.4800 |
| 5 | |
|  | Attorneys for Defendant |
| 6 | Akamai Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE & WIRELESS INTERNET SERVICES, INC., | No. CV-02-3708 (CRB) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT AKAMAI TECHNOLOGIES, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-10 TO HAVE PORTIONS OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS AND EXHIBITS FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 |
| v. | |
| AKAMAI TECHNOLOGIES, INC. and SOCKEYE NETWORKS, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | The Court, having considered Defendant Akamai Technologies, Inc.'s |
| 2 | Administrative Request Pursuant to Civil L.R. 7-10 to File Portions of its Opposition to |
| 3 | Plaintiff's Motion for Preliminary Injunction and Supporting Declarations and Exhibits Under |
| 4 | Seal Pursuant to Civil L.R. 79-5, good cause appearing, hereby orders as follows: |
| 5 | **IT IS HEREBY ORDERED** that Akamai's Administrative Request is |
| 6 | **GRANTED**.  The Clerk of the Court shall file under seal: |
| 7 | (1)     Akamai Technologies, Inc.'s Opposition to Plaintiff's Motion for |
| 8 | Preliminary Injunction; |
| 9 | (2)     The Declaration of Frank Thomson Leighton in Support of Akamai |
| 10 | Technologies, Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction; |
| 11 | (3)     The Declaration of Paul L. Sagan in Support of Akamai Technologies, |
| 12 | Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction; |
| 13 | (4)     The Declaration of Azer Bestavros in Support of Akamai Technologies, |
| 14 | Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction; and |
| 15 | (5)     The Declaration of Fabio E. Marino in Support of Akamai Technologies, |
| 16 | Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction, and its supporting exhibits. |
| 17 | All remaining exhibits, as well as a redacted version of Akamai's Opposition to |
| 18 | Plaintiff's Motion for Preliminary Injunction, shall be filed by Akamai on the public docket. |
| 19 | IT IS SO ORDERED. |
| 20 | |
| 21 | Dated:  December __, 2002 |
| 22 | |
| 23 | Hon. Charles R. Breyer<br>United States District Court Judge<br>Northern District of California |
| 24 | |
| 25 | |
| 26 | |