| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | JAMES B. LEWIS (SBN 71669) |
| 2 | FABIO E. MARINO (SBN 183825) |
|   | CAROLYN CHANG (SBN 217933) |
| 3 | 1900 University Avenue |
|   | East Palo Alto, California  94303-2223 |
| 4 | Telephone:  650.849.4400 |
|   | Facsimile:  650.849.4800 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | Akamai Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE & WIRELESS INTERNET SERVICES, INC., | No. CV-02-3708 (CRB) |
| Plaintiff, | ORDER GRANTING DEFENDANT AKAMAI TECHNOLOGIES, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-10 TO HAVE PORTIONS OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS AND EXHIBITS FILED UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 |
| v. | |
| AKAMAI TECHNOLOGIES, INC. and SOCKEYE NETWORKS, INC., | |
| Defendant. | |

1  The Court, having considered Defendant Akamai Technologies, Inc.'s
2  Administrative Request Pursuant to Civil L.R. 7-10 to File Portions of its Opposition to
3  Plaintiff's Motion for Preliminary Injunction and Supporting Declarations and Exhibits Under
4  Seal Pursuant to Civil L.R. 79-5, good cause appearing, hereby orders as follows:
5  **IT IS HEREBY ORDERED** that Akamai's Administrative Request is
6  **GRANTED**.  The Clerk of the Court shall file under seal:
7  (1) Akamai Technologies, Inc.'s Opposition to Plaintiff's Motion for
8  Preliminary Injunction;
9  (2) The Declaration of Frank Thomson Leighton in Support of Akamai
10  Technologies, Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction;
11  (3) The Declaration of Paul L. Sagan in Support of Akamai Technologies,
12  Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction;
13  (4) The Declaration of Azer Bestavros in Support of Akamai Technologies,
14  Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction; and
15  (5) The Declaration of Fabio E. Marino in Support of Akamai Technologies,
16  Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction, and its supporting exhibits.
17  All remaining exhibits, as well as a redacted version of Akamai's Opposition to
18  Plaintiff's Motion for Preliminary Injunction, shall be filed by Akamai on the public docket.
19  IT IS SO ORDERED.
20
21  Dated:  December  3, 2002

/s/
Hon. Charles R. Breyer
United States District Court Judge
Northern District of California