UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABLE & WIRELESS INTERNET SERVICES, INC., ) | |
| ) | No. C02-3708 CRB (BZ) |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | **SCHEDULING ORDER** |
| AKAMAI TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

Following today's conference which was attended by counsel for both sides, **IT IS HEREBY ORDERED** as follows:

1.  Opening briefs on the issue of the scheduling of the Markman hearing shall be filed simultaneously by no later than **January 17, 2003**.  Each side shall propose a schedule for the events leading up to a Markman hearing required by the Local Patent Rules.  For purposes of those Rules, the parties shall deem today as the date of the Initial Case Management Conference.

2.  Closing briefs shall be filed simultaneously by no later than **January 17, 2003**.

1

3.   A chambers copy of any brief which contain citations to legal authority, shall be provided on a diskette formatted in **WordPerfect 6, 8, 9 or 10**.

4.   A hearing is scheduled for **January 29, 2003, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:   January 10, 2003


                   /s/ Bernard Zimmerman
                        Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-REFS\CABLE & WIRELESS\scheduling.ord.wpd