**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 10, 2003**

**C-02-3708 CRB**

**CABLE & WIRELESS INTERNET**      v.      **AKAMAI TECHNOLOGIES, INC.,**

Attorneys:     Michael Bettinger, Timothy      James B. Lewis

                Walker, Anup Tikker

Deputy Clerk: **BARBARA ESPINOZA**      Reporter: **Joan Columbini**

**PROCEEDINGS:**                                                **RULING:**

1. Initial Case Management Conference   -   held

2. 

3. 

4. 

( ) Status Conference  ( ) P/T Conference      ( )Case Management Conference

**ORDERED AFTER HEARING:**

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge For: Scheduling as to Claim Construction dates before Judge Bernard Zimmerman

( ) CASE CONTINUED TO _____      for _____

Discovery Cut-Off _____      Expert Discovery Cut-Off _____

Plntf to Name Experts by _____      Deft to Name Experts by _____

P/T Conference Date _____      Trial Date _____ Set for _____ days
                                               Type of Trial: ( )Jury    ( )Court

Notes: _____