1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CABLE & WIRELESS INTERNET SERVICES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC., a Delaware corporation; and SOCKEYE NETWORKS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 02-3708 CRB<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING A PRETRIAL SCHEDULE |

WHEREAS, at the Case Management Conference on August 8, 2003, this Court instructed the parties to agree to a pretrial schedule;

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE
Case No.: C 02-3708 CRB

-1-

Printed on Recycled Paper

Dr

1  NOW THEREFORE, it is hereby stipulated by and between the parties, that the pretrial
2  schedule is as follows:
3      Close of fact discovery: September 26, 2003.
4      Exchange initial expert reports: October 10, 2003.
5      Exchange rebuttal expert reports: October 24, 2003.
6      Last day to hear dispositive motions: October 31, 2003.
7      Close of expert discovery: November 5, 2003.
8      These dates do not modify any existing schedule ordered by this Court, not do they
9  modify any of the dates set forth in this Court's Order dated August 8, 2003 setting forth the
10 Guidelines for Trial and Final Pretrial Conference.

DATED: August 21, 2003

PRESTON GATES & ELLIS LLP

By  /s/ Elaine Y. Chow
Elaine Y. Chow
Attorneys for Plaintiff
CABLE & WIRELESS INTERNET SERVICES, INC.

DATED: August 21, 2003

By  /s/ James B. Lewis
James B. Lewis
Attorneys for Defendants
AKAMAI TECHNOLOGIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 21, 2003

_____
United States District Judge

STIPULATION AND [PROPOSED]
ORDER SETTING PRETRIAL SCHEDULE
Case No.: C 02-3708 CRB

-2-

Printed on Recycled Paper

Dr